IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHY ANN MCNEIL,

    Plaintiff,

      v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendant.

CIVIL ACTION FILE
NO. 1:24-CV-4340-TWT

## ORDER

This is an action under the Fair Credit Reporting Act.  It is before the Court on the Report and Recommendation [Doc.5] of the Magistrate Judge recommending that the case should be ADMINISTRATIVELY CLOSED pending completion of the settlement. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Clerk is directed to close it administratively.

SO ORDERED, this ___8th___ day of January 2025.

THOMAS W. THRASH, JR.
United States District Judge